NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMPLICIT, LLC,**

*Plaintiff-Appellant*

**v.**

**ZIFF DAVIS, INC., MUDHOOK MARKETING, INC.,**

*Defendants-Appellees*

---

2023-2276

---

Appeal from the United States District Court for the Central District of California in No. 2:22-cv-09453-AB-AFM, Judge Andre Birotte, Jr.

---

**ON MOTION**

---

## O R D E R

Upon consideration of Implicit, LLC's motion to voluntarily dismiss its appeal pursuant to Federal Rule of Appellate Procedure 42(b), and its response as to the allocation of costs,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is withdrawn.

2                                IMPLICIT, LLC v. ZIFF DAVIS, INC.

(2)  Each party shall bear its own costs.

FOR THE COURT



January 24, 2024                        Jarrett B. Perlow
Date                                    Clerk of Court

ISSUED AS A MANDATE: January 24, 2024